IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES WIDTFELDT, et al., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV0049 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL JOHANNS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     This matter is before the court on filing no. 21, the motion to amend, filed by the plaintiff. In filing no. 21, the plaintiff requests leave to supplement his complaint to clarify issues raised in his first amended complaint. After review of the record I will grant the plaintiff's request. The complaint shall consist of filing no. 14 as amended by filing no. 21. Filing no. 21 is granted.

     SO ORDERED.

     DATED this 17th day of March, 2006.

                                               BY THE COURT:

                                               S/F.A. GOSSETT
                                               United States Magistrate Judge