## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES WIDTFELDT, and JAMES WIDTFELDT TRUST,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV49 |
| v. | ) ) | |
| **MICHAEL JOHANNS, UNITED STATES DEPARTMENT OF AGRICULTURE, MONTE FLETCHER, RICHARD KILMURRY, BONNY KILMURRY, HILGER BROTHERS PARTNERSHIP, GARY A. BURIVAL, JOYCE A. BURIVAL, and EDWIN BURIVAL,** | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on plaintiff's Motion to Extend Time to File a Summary Judgment Motion. (Filing No. 39). The court will construe this motion as a motion to reconsider the court's August 9, 2006 Order denying plaintiff's request to supplement the administrative record. (Filing No. 38). Because plaintiff has not set forth any sufficient factual or legal reason why this decision should be reconsidered this motion is denied.

**IT IS SO ORDERED.**

DATED this 8th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge