## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES WIDTFELDT, and JAMES WIDTFELDT TRUST, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV49 |
| v. | ) ) | |
| MICHAEL JOHANNS, UNITED STATES DEPARTMENT OF AGRICULTURE, MONTE FLETCHER, RICHARD KILMURRY, BONNY KILMURRY, HILGER BROTHERS PARTNERSHIP, GARY A. BURIVAL, JOYCE A. BURIVAL, and EDWIN BURIVAL, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on plaintiff's motion to extend time to file a reply brief. (Filing No. 44). In pro se cases extensions of time are freely granted for either party. Therefore, plaintiff's motion is granted and he shall have until **October 6, 2006** to file his reply brief.

IT IS ORDERED:

1. Plaintiff's Motion to Extend Time (Filing No. 44) is granted.

2. Plaintiff shall file his reply brief by **October 6, 2006.**

DATED this 22nd day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge